# GLENN A. GARBER, P.C.
## ATTORNEY AT LAW

GLENN A. GARBER·

350 BROADWAY, SUITE 1207, NEW YORK, NY 10013

TEL: 212-965-9370  FAX: 212-965-9375

(·ADMITTED IN N.Y. & N.J.)

May 2, 2006

BY ECF & FAX
Honorable Edward R. Korman
United States Magistrate
United States District Court
Eastern District of New York
225 Cadman Plaza East-Rm 448
Brooklyn, NY 11201

718-260-4567

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT, E.D.N.Y.

★ MAY 30 2006 ★

BROOKLYN OFFICE

Re: United States v. Umair Khan
    Case Number 04-0650-ERK

Dear Judge Korman:

I represent Mr. Khan on the above referenced matter. I am writing to request a modification of his travel restrictions.

On July 26, 2004, Magistrate Viktor Pohorelsky, set bail in this matter. The bail conditions consisted of a $150,000 personal recognizance bond co-signed by two financially responsible persons, travel restricted to the Eastern and Southern Districts of New York and the District of New Jersey, weekly visits to Pre-trial Services and the surrender of Mr. Khan's passport. Pursuant to our conversation with Officer Marnie Geradino of Pre-trial Services, Mr. Khan has been in full compliance with all the conditions of his bail and supervision since its inception.

It is requested that Mr. Khan be able to travel to Pakistan to meet with his family from May 26, 2006 to July 7, 2006. Mr. Khan's wife and children went to Pakistan after his arrest on April 16, 2004 and he has not seen them since. In addition, it is requested that Mr. Khan's travel restrictions be modified on a permanent basis to the extent that he be permitted to travel to Connecticut so that he can visit with friends and relatives there.

I conferred with the government and pre-trial services regarding the requests made herein and they consent. Mr. Khan will provide all parties with a copy of his itinerary upon scheduling.

Hon. Edward R. Korman
May 2, 2006
Page 2

In order to facilitate Mr. Khan's travel to Pakistan, Pre-trial Services will need to release his passport to him on a temporary basis. Therefore, it is requested that Pre-trial Services be directed to provide Mr. Khan with his passport as soon as possible so that he can make the appropriate arrangements. This was also discussed with the government and they consent to the release of the passport.

Thank you for your consideration.

Respectfully submitted,

Glenn A. Garber

GAG/jr

cc: AUSA E. Scott Morvillo
(Fax: 718-254-6327)

Marnie Geradino, PTS
(Fax: 718-613-2568)

Order

The application is granted

s/Edward R. Korman

5/22/06